IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SONNY LAUREN HARMON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-10-16-C |
| | ) | |
| JUSTIN JONES, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on November 30, 2012. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and Petitioner's Motion to Reopen His § 2254 Habeas Petition Upon Exhaustion of State Court Proceedings is granted. This matter is recommitted to the Magistrate Judge under the original Order of Referral.

IT IS SO ORDERED this 14th day of January, 2013.

ROBIN J. CAUTHRON
United States District Judge