IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

SONNY LAUREN HARMON, SR.,           )
                                    )
                    Petitioner,     )
                                    )
        vs.                         )        No. CIV-10-16-C
                                    )
TRACY McCOLLUM, Warden              )
                                    )
                    Respondent.     )

ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner filed the present action pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state court convictions. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Charles B. Goodwin who entered a Report and Recommendation ("R&R") on January 20, 2016, recommending the Petition be denied. Petitioner has timely objected.

The substantive facts and law are accurately set out in Judge Goodwin's R&R and there is no purpose to be served in repeating them yet again. As Judge Goodwin noted, the issues raised by Petitioner in this action are either procedurally barred or Petitioner has failed to demonstrate and cannot demonstrate that the matters challenged in this habeas action were decided in a manner that was contrary to or an unreasonable application of Supreme Court law. Accordingly, habeas relief is not warranted. The only matter of substance raised by Petitioner in his Objection is the alleged premature nature of the R&R. According to Petitioner, he should be permitted to develop a full record prior to disposition of his case. The Court has reviewed the pleadings Petitioner argues demonstrate his need to expand the

record. None of the information Petitioner argues has not been provided would alter the result reached by the R&R. Thus, the Court finds no merit in Petitioner's Objection. Finally, to the extent Petitioner renews his request for counsel, the Court notes "[t]here is no constitutional right to appointed counsel in a civil case." Durre v. Dempsey, 869 F.2d 543, 547 (10th Cir. 1989).

The Court adopts, in full, the Report and Recommendation of the Magistrate Judge (Dkt. No. 38). Petitioner's request for habeas corpus relief will be denied. A separate judgment will issue.

IT IS SO ORDERED this 8th day of March, 2016.


ROBIN J. CAUTHRON
United States District Judge